■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL RIVERA, Appellant. [661 NYS2d 542] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 27, 1995 *(People v Rivera,* 213 AD2d 684), affirming a judgment of the County Court, Orange County, rendered June 10, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Miller and Ritter, JJ., concur.